AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF _____ Massachusetts

Michelle Trebitsch, on behalf of herself and all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Sonus Networks, Inc., Hassan M. Ahmed, and Stephen J. Nill,

**04 CV 10307 DPW**

TO: (Name and address of defendant)
Sonus Networks
Stephen J. Nill
5 Carlisle Road
Westford, Massachusetts 01886

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Michael T. Matraia, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    2-13-04
CLERK                                           DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: March 4, 2004 |
| NAME OF SERVER: RAVI PAHUJA | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __Ms. America Perez, Receptionist and__ Duly Authorized Agent for the within-named __Defendant, Stephen J. Nill.__

Said service was made at:
__250 Apollo Drive, Chelmsford__, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 5.00 | $ 5.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __March 4, 2004__

Signature of Server: *[signed] Ravi Pahuja*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | PLEASE NOTE SONUS NETWORKS, INC. IS NOW LOCATED AT 250 APOLLO DR., CHELMSFORD, MA. | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH**: $ _____.00    No service was made    TOTAL  $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**       **One Devonshire Place**       Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    **Boston, MA  02109**           Fax #        (617) 720-5737