UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
MICHELLE TREBITSCH, on Behalf of Herself and )
All Others Similarly Situated,              )
                                            )
         Plaintiff                        )
                                            )
  vs.                                       )    Case No.  04-10307-DPW
                                            )
SONUS NETWORKS, INC., HASSAN M. AHMED,      )
and STEPHEN J. NILL,                        )
                                            )
         Defendants.                      )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

         Respectfully Submitted,

         SONUS NETWORKS, INC.

         By its attorneys,

         /s/ Gregory F. Noonan_____
         Jeffrey B. Rudman (BBO #433380)
         James W. Prendergast (BBO #553073)
         Daniel W. Halston (BBO #548692)
         Gregory F. Noonan (BBO #651035)
         Hale and Dorr LLP
         60 State Street
         Boston, MA 02109
         (617) 526-6000

Dated: April 15, 2004

CERTIFICATE OF SERVICE

   I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Jeffrey C. Block | Eduard Korsinsky |
| Michael T. Matraia | Zimmerman, Levi & Korsinsky LLP |
| Shannon L. Hopkins | 39 Broadway, Suite 1440 |
| Berman DeValerio Pease Tabacco Burt & Pucillo | New York, NY 10006 |
| One Liberty Square | |
| Boston, MA 02109 | |

                                    /s/ Gregory F. Noonan_____
                                    Gregory F. Noonan

Dated: April 15, 2004