UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE TREBITSCH, on Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff <br><br> vs. <br><br> SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL, <br><br> Defendants. | Case No. 04-10307-DPW |

## NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

- 2 -

        Respectfully Submitted,

        WILMER CUTLER PICKERING HALE and DORR LLP

        /s/_Gregory F. Noonan_____
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Daniel W. Halston (BBO #548692)
        Gregory F. Noonan (BBO #651035)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

        *Attorneys for Defendant Sonus Networks, Inc.*

Dated: June 1, 2004

- 3 -

## CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Jeffrey C. Block<br>Michael T. Matraia<br>Shannon L. Hopkins<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02109 | Eduard Korsinsky<br>Zimmerman, Levi & Korsinsky LLP<br>39 Broadway, Suite 1440<br>New York, NY 10006 |
| Thomas J. Dougherty (BBO #132300)<br>Matthew J. Matule (BBO #632075)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Tel: (617) 573-4800<br>Fax: (617) 573-4822 | Robert S. Frank, Jr. (BBO #177240)<br>John R. Baraniak, Jr. (BBO #552259)<br>Choate Hall & Stewart<br>Exchange Place Building<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 248-5000<br>Fax: (617) 248-4000 |

                                               /s/ Gregory F. Noonan_____
                                               Gregory F. Noonan

Dated: June 1, 2004